708 A.2d 63

IGNATIUS G. CIESLA v. GEORGE J. CICERO, D.O.

March 25, 1998.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Olds v. Donnelly,* 150 *N.J.* 424, 696 *A.*2d 633 (1997).